UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JERRY RYAN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FLOWSERVE CORPORATION, et al.,<br><br>      Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:03-CV-01769-B<br>**(Consolidated with 3:03-CV-01827-M; 3:03-CV-01846-M; 3:03-CV-02079-M)**<br>ECF |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER PREVENTING DEPOSITIONS OF LEAD COUNSEL'S INVESTIGATORS TO ENSURE PROTECTION OF LEAD COUNSEL'S MENTAL IMPRESSIONS AND WORK PRODUCT AND TO QUASH SUBPOENA OF SAMMY HUGHES**

| **Exhibit** | **Document** | **Appendix** |
|---|---|---|
| A | August 10, 2004 Order filed in *In re Applied Micro Circuits Corp.*, Civil No. 01 cv 649 K(AJB), granting motion for protective order barring deposition of plaintiffs' investigators; and | App 0001-0006 |
| B | Subpoenas served on investigators Ronald Hoffman, Lynne Hodges, Sammy Hughes and Jason Rowe, with attachments; | App 0007-0035 |

DATED: July 17, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY EPSTEIN
EX KANO S. SAMS II
WILLOW E. RADCLIFFE
MARY K. BLASY

s/ Kimberly Epstein
KIMBERLY EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

- 1 -

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

Liaison Counsel

DeCARLO & CONNOR
JOHN T. DeCARLO
DANIEL M. SHANLEY
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
Telephone: 213/488-4100
213/488-4180 (fax)

KRAKOW, SOURIS & BIRMINGHAM, LLC
AARON D. KRAKOW
225 Friend Street
Boston, MA 02114
Telephone: 617/723-8440
617/723-8443 (fax)

O'REILLY GROSSO & GROSS, P.C.
JAMES F. GROSSO
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Telephone: 508/620-0055
508/620-7655 (fax)

STEWART, ROELANDT, STOESS,
   CRAIGMYLE & EMERY PLLC
JOHN FRITH STEWART
6506 West Highway 22
P.O. Box 307
Crestwood, KY 40014
Telephone: 502/241-4660
502/241-9301 (fax)

Additional Counsel for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Kimberly Epstein
KIMBERLY EPSTEIN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:kepstein@lerachlaw.com

 

Civil • Criminal • Query • Reports • Utilities • Logout

# Mailing Information for a Case 3:03-cv-01769

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Acker**
  racker@jenkens.com

- **R Thaddeus Behrens**
  behrenst@haynesboone.com madejc@haynesboone.com

- **Thomas E Bilek**
  tbilek@hb-legal.com llockett@hb-legal.com

- **Mary K Blasy**
  maryb@lerachlaw.com e_file_sf@lerachlaw.com

- **Willie Briscoe**
  Provost_Dallas@yahoo.com wbriscoe@provostumphrey.com,bgribble@provostumphrey.com

- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com georgiad@lerachlaw.com

- **Kimberly C Epstein**
  kimcor@lerachlaw.com mariam@lerachlaw.com,e_file_sd@lerachlaw.com,e_file_sf@lerachlaw.com,dswerdlin@lerachlaw.com

- **Nicholas Even**
  nick.even@haynesboone.com cecelia.madej@haynesboone.com

- **William B Federman**
  wfederman@aol.com law@federmanlaw.com,ngb@federmanlaw.com

- **Charles Watts Flynn**
  cwflynn@lockeliddell.com sarobinson@lockeliddell.com

- **Robert J Hill**
  claxtonhill@airmail.net rhill@claxtonhill.com

- **Carrie Lee Huff**
  huffc@haynesboone.com wildmant@haynesboone.com

- **Joe Kendall**
  Provost_Dallas@yahoo.com jkendall@provostumphrey.com

- **David W Klaudt**
  dklaudt@lockeliddell.com

- **Roger L Mandel**
  rmandel@smi-law.com laura@smi-law.com,bmarks@smi-law.com,tsweet@smi-law.com

- **Joshua P Martin**
  jpmartin@gibsondunn.com gcummings@gibsondunn.com

- **Jennifer E Morris**
  jmorris@ccsb.com dsavage@ccsb.com

- **Todd A Murray**
  tmurray@ccsb.com tmapes@ccsb.com

- **Willow E Radcliffe**
  willowr@lerachlaw.com

- **Richard A Rohan**
  rrohan@ccsb.com sleach@ccsb.com

- **Ex Kano S Sams, II**
  exkanos@lerachlaw.com

- **Shana E Scarlett**
  shanas@lerachlaw.com

- **Ellen B Sessions**
  esessions@jenkens.com slannen@jenkens.com

- **Marc R Stanley**
  mstanley@smi-law.com laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Melissa J Swindle**
  mswindle@jenkens.com sflanagan@jenkens.com

- **M Byron Wilder**
  bwilder@gibsondunn.com lshults@gibsondunn.com

- **Martin Woodward**
  mwoodward@smi-law.com tsweet@smi-law.com,bmarks@smi-law.com

- **Fletcher Yarbrough**
  fyarbrough@ccsb.com deakin@ccsb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dean J Kitchens**
```
Gibson Dunn & Crutcher - Los Angeles
333 South Grand Ave
Los Angeles, CA 90071-3197
```

**Lauren M Winston**
```
Lerach Coughlin Stoia Geller Rudman & Robbins- San Francisco
100 Pine St
Suite 2600
San Francisco, CA 94111
```