UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JERRY RYAN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FLOWSERVE CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 3:03-CV-01769-B<br>**(Consolidated with 3:03-CV-01827-M; 3:03-CV-01846-M; 3:03-CV-02079-M)**<br>**ECF** |

**APPENDIX OF NON-CONFIDENTIAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' REPLY TO FLOWSERVE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Tab | Document | Appendix |
|---|---|---|
| 1 | Excerpts from the deposition of John F. Cliby, taken June 6, 2006 | APP0001-APP0010 |
| 2 | *In re Applied Micro Circuits Corp. Sec. Litig.*, Civil No. 01-CV-0649 K (AJB), Order (S.D. Cal. Oct. 4, 2002) | APP0011-APP0026 |
| 3 | Excerpts from the deposition of David Arthur Child, taken May 25, 2006 | APP0027-APP0041 |
| 4 | Excerpts from the deposition of Harry E. Weeks, Jr., taken May 24, 2006 | APP0042-APP0088 |
| 5 | Excerpts from the deposition of Karen F. Lewis, taken June 5, 2006 | APP0089-APP0108 |
| 6 | Excerpts from the deposition of Kevin Sheppard, taken June 2, 2006 | APP0109-APP0162 |
| 7 | Excerpts from the deposition of David John Warnick, taken May 25, 2006 | APP0163-APP0184 |
| 8 | Excerpts from the deposition of Wray F. Kindsvatter, taken June 1, 2006 | APP0185-APP0194 |
| 9 | Excerpts from the deposition of Charles Claussen, taken July 5, 2006 | APP0195-APP0201 |
| 10 | Excerpts from the deposition of John Wesienborn, taken June 7, 2006 | APP0202-APP0208 |
| 11 | Excerpts from the deposition of William Dube, taken July 13-14, 2006 | APP0209-APP0240 |
| 12 | *In re Exodus Commc'ns, Inc. Sec. Litig.*, No. C-01-2661-MMC (MEJ), Orders (N.D. Cal. Dec. 17, 2004 and Feb. 22, 2005) | APP0241-APP0247 |
| 13 | *Leonard J. Fruci v. Flowserve Corp.*, 3-03CV0708-H, Civil Cover Sheet, Complaint and Settlement Papers (N.D. Tex. Apr. 7, 2003) | APP0248-APP0257 |
| 14 | *In re Terayon Commc'ns*, C 00-1967, Transcript of Proceedings of Status Conference (N.D. Cal. Oct. 27, 2005) | APP0258-APP0265 |
| 15 | Securities and Exchange Commission's Cease-and-Desist Order, March, 15, 2005 | APP0266-APP0271 |

| **Tab** | **Document** | **Appendix** |
|---|---|---|
| 16 | Third Rebuttal Report of Bjorn I. Steinholt, CFA | APP0272-APP0296 |

DATED: August 1, 2006                          LERACH COUGHLIN STOIA GELLER
                                                           RUDMAN & ROBBINS LLP
                                                           KIMBERLY EPSTEIN
                                                           EX KANO S. SAMS II
                                                           WILLOW E. RADCLIFFE

                                                                  s/ Kimberly Epstein
                                                                       KIMBERLY EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

Liaison Counsel

O'REILLY GROSSO & GROSS, P.C.
JAMES F. GROSSO
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
Telephone:  508/620-0055
508/620-7655 (fax)

- 3 -

        STEWART, ROELANDT, STOESS,
          CRAIGMYLE & EMERY PLLC
        JOHN FRITH STEWART
        6506 West Highway 22
        P.O. Box 307
        Crestwood, KY  40014
        Telephone:  502/241-4660
        502/241-9301 (fax)

        Additional Counsel for Plaintiffs

T:\casesSF\flowserve\APP00033413.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Kimberly Epstein
KIMBERLY EPSTEIN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:kepstein@lerachlaw.com



Civil  •  Criminal  •  Query  •  Reports  •  Utilities  •  Logout



# Mailing Information for a Case 3:03-cv-01769

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Acker**
  racker@jenkens.com

- **R Thaddeus Behrens**
  behrenst@haynesboone.com madejc@haynesboone.com

- **Thomas E Bilek**
  tbilek@hb-legal.com llockett@hb-legal.com

- **Mary K Blasy**
  maryb@lerachlaw.com e_file_sf@lerachlaw.com

- **Willie Briscoe**
  Provost_Dallas@yahoo.com wbriscoe@provostumphrey.com,bgribble@provostumphrey.com

- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com georgiad@lerachlaw.com

- **Kimberly C Epstein**
  kimcor@lerachlaw.com lesleyw@lerachlaw.com,e_file_sd@lerachlaw.com,e_file_sf@lerachlaw.com,dswerdlin@lerachlaw.com

- **Nicholas Even**
  nick.even@haynesboone.com cecelia.madej@haynesboone.com

- **William B Federman**
  wfederman@aol.com law@federmanlaw.com,ngb@federmanlaw.com

- **Charles Watts Flynn**
  cwflynn@lockeliddell.com sarobinson@lockeliddell.com

- **Robert J Hill**
  claxtonhill@airmail.net rhill@claxtonhill.com

- **Carrie Lee Huff**
  huffc@haynesboone.com wildmant@haynesboone.com

- **Joe Kendall**
  Provost_Dallas@yahoo.com jkendall@provostumphrey.com

- **David W Klaudt**
  dklaudt@lockeliddell.com

- **Roger L Mandel**
  rmandel@smi-law.com laura@smi-law.com,bmarks@smi-law.com,tsweet@smi-law.com

- **Joshua P Martin**
  jpmartin@gibsondunn.com jthompkins@gibsondunn.com,dkitchens@gibsondunn.com, sferris@gibsondunn.com

- **Jennifer E Morris**
  jmorris@ccsb.com dsavage@ccsb.com

- **Todd A Murray**
  tmurray@ccsb.com tmapes@ccsb.com

- **Willow E Radcliffe**
  willowr@lerachlaw.com

- **Richard A Rohan**
  rrohan@ccsb.com sleach@ccsb.com

- **Ex Kano S Sams, II**
  exkanos@lerachlaw.com

- **Shana E Scarlett**
  shanas@lerachlaw.com

- **Ellen B Sessions**
  esessions@jenkens.com slannen@jenkens.com

- **Marc R Stanley**
  mstanley@smi-law.com laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Melissa J Swindle**
  mswindle@jenkens.com sflanagan@jenkens.com

- **M Byron Wilder**
  bwilder@gibsondunn.com lshults@gibsondunn.com

- **Martin Woodward**
  mwoodward@smi-law.com tsweet@smi-law.com,bmarks@smi-law.com

- **Fletcher Yarbrough**
  fyarbrough@ccsb.com deakin@ccsb.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dean J Kitchens
Gibson Dunn & Crutcher - Los Angeles
333 South Grand Ave
Los Angeles, CA 90071-3197

Lauren M Winston
Lerach Coughlin Stoia Geller Rudman & Robbins- San Francisco
100 Pine St
Suite 2600
San Francisco, CA 94111
```