UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JERRY RYAN, On Behalf of Himself and All Others Similarly Situated, | § § § | Civil Action No. 3:03-CV-01769-B **(Consolidated with 3:03-CV-01827-M; 3:03-CV-01846-M; 3:03-CV-02079-M)** |
| Plaintiff, | § § | **ECF** |
| vs. | § § | |
| FLOWSERVE CORPORATION, et al., | § § | |
| Defendants. | § § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' REPLY TO FLOWSERVE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| **Exhibit** | **Document** | **Appendix** |
|---|---|---|
| A | Relevant excerpts from the Deposition Transcript of C. Scott Greer, Volumes 1 and 2, taken February 24, 2004 and February 25, 2004 in *Kachurak, et al. v. Flowserve Corp., et al.*, No. BER L-1462-02 (Super. Ct. N.J. Feb. 19, 2002) | APP0001-0017 |
| B | Relevant excerpts from the Deposition Transcript of Renee Hornbaker, Volumes 1 and 2, taken January 12, 2004 and April 2, 2004 in *Kachurak, et al. v. Flowserve Corp., et al.*, No. BER L-1462-02 (Super. Ct. N.J. Feb. 19, 2002) | APP0018-0031 |

DATED:  August 1, 2006

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY EPSTEIN
EX KANO S. SAMS II
WILLOW E. RADCLIFFE


                s/ Kimberly Epstein
                KIMBERLY EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

Liaison Counsel

O'REILLY GROSSO & GROSS, P.C.
JAMES F. GROSSO
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
Telephone:  508/620-0055
508/620-7655 (fax)

STEWART, ROELANDT, STOESS,
   CRAIGMYLE & EMERY PLLC
JOHN FRITH STEWART
6506 West Highway 22
P.O. Box 307
Crestwood, KY  40014
Telephone:  502/241-4660
502/241-9301 (fax)

Additional Counsel for Plaintiffs

T:\casesSF\flowserve\APN00033392_ClsCert.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.


      s/ Kimberly Epstein
      KIMBERLY EPSTEIN

      LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      100 Pine Street, Suite 2600
      San Francisco, CA  94111
      Telephone:  415/288-4545
      415/288-4534 (fax)
      E-mail:kepstein@lerachlaw.com





# Mailing Information for a Case 3:03-cv-01769

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Acker**
  racker@jenkens.com

- **R Thaddeus Behrens**
  behrenst@haynesboone.com madejc@haynesboone.com

- **Thomas E Bilek**
  tbilek@hb-legal.com llockett@hb-legal.com

- **Mary K Blasy**
  maryb@lerachlaw.com e_file_sf@lerachlaw.com

- **Willie Briscoe**
  Provost_Dallas@yahoo.com wbriscoe@provostumphrey.com,bgribble@provostumphrey.com

- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com georgiad@lerachlaw.com

- **Kimberly C Epstein**
  kimcor@lerachlaw.com lesleyw@lerachlaw.com,e_file_sd@lerachlaw.com,e_file_sf@lerachlaw.com,dswerdlin@lerachlaw.com

- **Nicholas Even**
  nick.even@haynesboone.com cecelia.madej@haynesboone.com

- **William B Federman**
  wfederman@aol.com law@federmanlaw.com,ngb@federmanlaw.com

- **Charles Watts Flynn**
  cwflynn@lockeliddell.com sarobinson@lockeliddell.com

- **Robert J Hill**
  claxtonhill@airmail.net rhill@claxtonhill.com

- **Carrie Lee Huff**
  huffc@haynesboone.com wildmant@haynesboone.com

- **Joe Kendall**
  Provost_Dallas@yahoo.com jkendall@provostumphrey.com

- **David W Klaudt**
  dklaudt@lockeliddell.com

- **Roger L Mandel**
  rmandel@smi-law.com laura@smi-law.com,bmarks@smi-law.com,tsweet@smi-law.com

- **Joshua P Martin**
  jpmartin@gibsondunn.com jthompkins@gibsondunn.com,dkitchens@gibsondunn.com,
  sferris@gibsondunn.com

- **Jennifer E Morris**
  jmorris@ccsb.com dsavage@ccsb.com

- **Todd A Murray**
  tmurray@ccsb.com tmapes@ccsb.com

- **Willow E Radcliffe**
  willowr@lerachlaw.com

- **Richard A Rohan**
  rrohan@ccsb.com sleach@ccsb.com

- **Ex Kano S Sams, II**
  exkanos@lerachlaw.com

- **Shana E Scarlett**
  shanas@lerachlaw.com

- **Ellen B Sessions**
  esessions@jenkens.com slannen@jenkens.com

- **Marc R Stanley**
  mstanley@smi-law.com laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Melissa J Swindle**
  mswindle@jenkens.com sflanagan@jenkens.com

- **M Byron Wilder**
  bwilder@gibsondunn.com lshults@gibsondunn.com

- **Martin Woodward**
  mwoodward@smi-law.com tsweet@smi-law.com,bmarks@smi-law.com

- **Fletcher Yarbrough**
  fyarbrough@ccsb.com deakin@ccsb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dean J Kitchens
Gibson Dunn & Crutcher - Los Angeles
333 South Grand Ave
Los Angeles, CA 90071-3197


Lauren M Winston
Lerach Coughlin Stoia Geller Rudman & Robbins- San Francisco
100 Pine St
Suite 2600
San Francisco, CA 94111
```