UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JERRY RYAN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FLOWSERVE CORPORATION, et al., <br><br> Defendants. | § Civil Action No. 3:03-CV-01769-B <br> § **(Consolidated with 3:03-CV-01827-M; 3:03-** <br> § **CV-01846-M; 3:03-CV-02079-M)** <br> § **ECF** <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**APPENDIX OF NON-CONFIDENTIAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' REBUTTAL BRIEF TO FLOWSERVE DEFENDANTS' THIRD AND FOURTH SUPPLEMENTS AND POWERPOINT PRESENTATION REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Tab | Document | Appendix |
|---|---|---|
| 1 | Excerpts from the transcript of the Hearing on Class Certification, taken September 7, 2006 | R.APP0001-19 |
| 2 | Excerpts from the deposition of Alice Katherine Strader, taken August 16, 2006 | R.APP0020-32 |
| 3 | Excerpts from the deposition of David R. North, taken August 14, 2006 | R.APP0033-77 |
| 4 | Excerpts from the deposition of Ken Mustafa, taken August 17, 2006 | R.APP0078-87 |
| 5 | Excerpts from the deposition of Daniel S. Grommersch, taken September 5, 2006 | R.APP0088-121 |
| 6 | FILED UNDER SEAL | |
| 7 | Flowserve Defendants' PowerPoint: Reasons Precluding Class Certification, dated September 7, 2006 | R.APP0107-111 |
| 8 | Declaration of Kimberly C. Epstein, dated September 22, 2006 | R.APP0112-114 |
| 9 | Flowserve Corporation Memorandum: Analysis of Selected Accounts (Project Scrub) at December 31, 2004, dated December 22, 2005 | R.APP0115-147 |
| 10 | Letter to Thad Behrens, Esq. of Haynes and Boone, LLP from Lesley E. Weaver, Esq. of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), dated August 4, 2006 | R.APP0148-164 |
| 11 | Letter to Lesley E. Weaver, Esq. of Lerach Coughlin from Sara Jane Shanahan, Esq. of Griesinger, Tighe & Maffei, LLP, dated August 7, 2006 | R.APP0165-166 |
| 12 | Letter to Thad Behrens, Esq. of Haynes and Boone, LLP from Lesley E. Weaver, Esq. of Lerach Coughlin, dated September 15, 2006 | R.APP0167-171 |
| 13 | Letter to Thad Behrens, Esq. of Haynes and Boone, LLP from Lesley E. Weaver, Esq. of Lerach Coughlin, dated September 19, 2006 | R.APP0172-178 |
| 14 | Declaration of Lesley E. Weaver, dated September 22, 2006 | R.APP0179-182 |

| | |
|---|---|
| DATED:  September 22, 2006 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>KIMBERLY EPSTEIN<br>EX KANO S. SAMS II<br>WILLOW E. RADCLIFFE |

s/ Kimberly Epstein
KIMBERLY EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

Liaison Counsel

O'REILLY GROSSO & GROSS, P.C.
JAMES F. GROSSO
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
Telephone: 508/620-0055
508/620-7655 (fax)

- 2 -

- 3 -

STEWART, ROELANDT, STOESS,
  CRAIGMYLE & EMERY PLLC
JOHN FRITH STEWART
6506 West Highway 22
P.O. Box 307
Crestwood, KY  40014
Telephone:  502/241-4660
502/241-9301 (fax)

Additional Counsel for Plaintiffs

T:\CasesSF\Flowserve\APP00033413.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Kimberly Epstein
KIMBERLY EPSTEIN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:kepstein@lerachlaw.com

# Mailing Information for a Case 3:03-cv-01769

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Acker**
  racker@jenkens.com

- **R Thaddeus Behrens**
  behrenst@haynesboone.com madejc@haynesboone.com

- **Thomas E Bilek**
  tbilek@hb-legal.com llockett@hb-legal.com

- **Mary K Blasy**
  maryb@lerachlaw.com e_file_sf@lerachlaw.com

- **Willie Briscoe**
  Provost_Dallas@yahoo.com wbriscoe@provostumphrey.com,bgribble@provostumphrey.com

- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com georgiad@lerachlaw.com

- **Kimberly C Epstein**
  kimcor@lerachlaw.com
  lesleyw@lerachlaw.com,e_file_sd@lerachlaw.com,e_file_sf@lerachlaw.com,dswerdlin@lerachlaw.com

- **Nicholas Even**
  nick.even@haynesboone.com cecelia.madej@haynesboone.com

- **William B Federman**
  wfederman@aol.com law@federmanlaw.com,ngb@federmanlaw.com

- **Samantha A Ferris**
  sferris@gibsondunn.com

- **Charles Watts Flynn**
  cwflynn@lockeliddell.com sarobinson@lockeliddell.com

- **Robert J Hill**
  claxtonhill@airmail.net rhill@claxtonhill.com

- **Carrie Lee Huff**
  huffc@haynesboone.com wildmant@haynesboone.com

- **Joe Kendall**
  Provost_Dallas@yahoo.com jkendall@provostumphrey.com

- **David W Klaudt**
  dklaudt@lockeliddell.com

- **Roger L Mandel**
  rmandel@smi-law.com laura@smi-law.com,bmarks@smi-law.com,tsweet@smi-law.com

- **Joshua P Martin**
  jpmartin@gibsondunn.com
  jthompkins@gibsondunn.com,dkitchens@gibsondunn.com,sferris@gibsondunn.com

- **Jennifer E Morris**
  jmorris@ccsb.com dsavage@ccsb.com

- **Todd A Murray**
  tmurray@ccsb.com tmapes@ccsb.com

- **Willow E Radcliffe**
  willowr@lerachlaw.com

- **Richard A Rohan**
  rrohan@ccsb.com sleach@ccsb.com

- **Ex Kano S Sams, II**
  exkanos@lerachlaw.com knguyen@lerachlaw.com

- **Shana E Scarlett**
  shanas@lerachlaw.com

- **Ellen B Sessions**
  esessions@jenkens.com slannen@jenkens.com

- **Marc R Stanley**
  mstanley@smi-law.com laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Melissa J Swindle**
  mswindle@jenkens.com sflanagan@jenkens.com

- **Lesley E Weaver**
  lesleyw@lerachlaw.com e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **M Byron Wilder**
  bwilder@gibsondunn.com
  lshults@gibsondunn.com,cmaberry@gibsondunn.com,storaason@gibsondunn.com

- **Martin Woodward**
  mwoodward@smi-law.com tsweet@smi-law.com,bmarks@smi-law.com

- **Fletcher Yarbrough**
  fyarbrough@ccsb.com deakin@ccsb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Daniel Brian Swerdlin**
Lerach Coughlin Stoia Geller Rudman & Robbins- San Francisco
100 Pine St
Suite 2600
San Francisco, CA 94111

**Daniel Weinstein**
JAMS
Two Embarcadero
Suite 1500
San Francisco, CA 94111