UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY RYAN, et al.,           § | |
|     Plaintiffs,           § | |
| V.           § | CIVIL ACTION NO. 3: 03-CV-1769-B |
|                § | ECF |
| FLOWSERVE CORPORATION, et al.,           § | |
|     Defendants.           § | |

## JUDGMENT

For the reasons set forth in the Court's Order filed November 13, 2007 in the above-referenced case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    This action is dismissed on the merits and Plaintiffs shall take nothing by way of their complaint filed in this matter; and

2.    Defendants Flowserve Corporation, C. Scott Greer, Renee J. Hornbaker, PricewaterhouseCoopers LLP, Banc of America Securities LLC, and Credit Suisse First Boston LLC shall recover costs from Plaintiffs.

SO ORDERED.

SIGNED January **4th**, 2008.

_____
**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**